IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TARIO T. HOLMES                                                       PLAINTIFF

VS.                              CIVIL ACTION NO. 1:24-CV-379-TBM-BWR

BARBARA M. HAYNES
And USA INSURANCE COMPANY                            DEFENDANTS

**AGREED ORDER OF DISMISSAL**

THIS CAUSE came to be considered by the agreement of the Plaintiff and Defendants seeking dismissal, without prejudice, of all claims and causes of action asserted by Plaintiff against Defendants, and the Court, having been so advised, finds that the relief requested is well founded and should be granted. It is, therefore,

ORDERED that all claims and causes of action of Plaintiff against Defendants, which were or might have been asserted in this cause, be and are hereby dismissed without prejudice, with each party to bear its own costs.

ORDERED this the 11th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

_____
TARIO HOLMES, *pro se*

_____
BRIAN WHITMAN,
ATTORNEY FOR DEFENDANT

1